# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Michael Reyes<br><br>*Defendant* | Case No. EP:20-M-3914-MAT |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Reyes,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Michael Reyes, on or about December 12-14, 2020, transmitted in intsterstate or foreign commerce, threatening communications, in violation of Title 18 U.S.C. Section 875 (c).

Date: 12/18/2020

*Issuing officer's signature*

City and state: El Paso, Texas

U.S. Magistrate Judge Miguel Torres
*Printed name and title*

### Return

This warrant was received on *(date)* 12/18/2020, and the person was arrested on *(date)* 12/18/2020
at *(city and state)* El Paso, TX.

Date: 12/18/2020

*Arresting officer's signature*

Special Agent Isaac Frost
*Printed name and title*