IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2021 JAN 13 PM 1:10
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § | CRIMINAL NO. EP-21-CR- |
| | § | INDICTMENT |
| v. | § § | |
| MICHAEL REYES, | § | CT 1: 18 U.S.C. § 875(c) – Threatening Communications |
| Defendant. | § § § | |

EP21CR0053

THE GRAND JURY CHARGES:

## COUNT ONE
### (18 U.S.C. § 875(c))

That beginning on or about December 12, 2020, and continuing until on or about December 14, 2020, within the Western District of Texas and elsewhere, the Defendant,

**MICHAEL REYES**

knowingly and willfully did transmit a communication in interstate and foreign commerce, which communication contained a threat to injure any person, in violation of Title 18 U.S.C. § 875(c).

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

_____
FOREPERSON OF THE GRAND JURY

GREGG N. SOFER
UNITED STATES ATTORNEY

BY: _____
Assistant United States Attorney