Prob 12A (9/06)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

### Report on Offender Under Supervision

**Name of Offender:** Michael Reyes

**Case Number:** EP:21-CR-00053-DB(1)

**Name of Sentencing Judicial Officer:** David Briones, Senior U.S. District Judge

**Date of Original Sentence:** February 28, 2022

**Original Offense:** Threatening Communications, in violation of 18 U.S.C § 875(c)

**Original Sentence:** Time Served followed by three (3) years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** February 28, 2022

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number 1:** The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

    **Nature of Noncompliance:** On April 5 and April 13, 2022, Reyes submitted a urinalysis that yielded positive for the use of MDMA. On April 14, 2022, he denied using illicit drugs.

**U.S. Probation Officer Action:** On April 14, 2022, this officer spoke with Reyes who denied the use of illicit drugs. Reyes reported using his prescription medication for sleeping and depression symptoms. Reyes is currently attending mental health treatment at Professional Counseling and Recovery Services. This officer believes he needs to continue his mental health counseling. It is respectfully recommended, no adverse court action at this time.

Respectfully submitted,

*LLuvia Gonzalez*

LLuvia Gonzalez
U.S. Probation Officer
Office (915) 585-5528
Cellular (915) 201-7992
Date: April 21, 2022

Approved by,

*J. Anthony Glover*

J. Anthony Glover
Supervising U.S. Probation Officer
Office (915) 585-6560
Cellular (915) 861-8755

## COURT ACTION RECOMMENDED:

[ ✓ ] Concur with above action

[ ] No action

[ ] Submit a Petition for Warrant or Summons

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Other:

_____
David Briones, Senior U.S. District Judge

_____4-22-2022_____
Date